Monica B. YOUNG, Plaintiff–
Appellant,

v.

State of NORTH CAROLINA,
Defendant–Appellee.

No. 01–2469.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Monica B. Young, Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Monica B. Young appeals the district court's order dismissing her civil complaint under 28 U.S.C.A. § 1915(e)(2)(B)(iii) (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Young v. North Carolina,* No. CA–01–151–4–H (E.D.N.C. Nov. 5, 2001). We further deny Young's motion to disqualify the district court judge. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*